ROBERT L. HANDLER - Bar No. 90306
TODD M. LANDER - Bar No. 173031
DAVID A. TASHROUDIAN - Bar No. 266718
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: rhandler@ebg-law.com
tlander@ebg-law.com
dtashroudian@ebg-law.com

DONALD C. NANNEY - Bar No. 62235
FRANK GOOCH III - Bar No. 70996
GILCHRIST & RUTTER PROFESSIONAL CORPORATION
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile:310.394.4700
Email: dnanney@gilchristrutter.com
fgooch@gilchristrutter.com

Attorneys for Cross-Defendant
ART HALE, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KB GARDENA BUILDING, LLC, a California Limited Liability Corporation,

Plaintiffs,

v.

WHITTAKER CORPORATION, a Delaware Corporation, BRASSCRAFT MANUFACTURING COMPANY, a Michigan Corporation; BIG "B" TRANSPORTION, INC., a suspended California Corporation, ALPHONSE VANBASTELAAR, an individual, INTERNATIONAL TRUCK AND TRANSFER, INC., a California Corporation; A&M LUMBER AND BUILDING SUPPLY COMPANY, a business entity, form unknown; A&M LUMBER & WRECKING COMPANY, a business entity, form unknown; A&M FENCE COMPANY, a business entity, form unknown; CHROMIZING COMPANY, a

Case No. EDCV08-0600 RWG (JCRx)

**DECLARATION OF TODD M. LANDER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Judge Assigned: Hon. Robert W. Gettleman

[Concurrently filed with: Opposition to Motion for Summary Judgment; Responsive Statement of Genuine Issues; Separate Statement of Additional Facts in Dispute and Conclusions of Law; Declaration of Art Hale, Jr.; Declaration of Anthony Cincotta; and Declaration of Robert L. Handler]

suspended California corporation; CHROMALLOY AMERICAN CORPORATION, a Delaware Corporation; Estate of ARTHUR H. KAPLAN, deceased; ROSE MAY KAPLAN, an individual; STANLEY BLACK, an individual; JOYCE BLACK, an individual; KB MANAGEMENT COMPANY, a California general partnership; JACK D. BLACK, an individual; JANIS (GOLDMAN) BLACK TRUST, a California Trust; JILL BLACK, an individual; K ASSOCIATES, a California general partnership; and A&R MANAGEMENT AND DEVELOPMENT CO., a business entity, form unknown ANSEN, INC., a suspended California Corporation; AMERICAN RACING EQUIPMENT, INC., a Delaware Corporation; AMERICAN RACING EQUIPMENT, LLC

Defendants.

---

AMERICAN RACING EQUIPMENT, LLC, a Delaware Limited Liability Company,

Cross Claimant,

v.

WHITTAKER CORPORATION, a Delaware corporation; BRASSCRAFT MANUFACTURING COMPANY, a Michigan Corporation; BIG "B" TRANSPORTATION, INC., a suspended California Corporation; ALPHONSE VANBASTELAAR, an individual; Estate of ARTHUR H. KAPLAN, deceased; ROSE MAY KAPLAN, an individual; STANLEY BLACK, an individual; JOYCE BLACK, an individual; JACK D. BLACK, an individual; JILL BLACK, an individual; JANIS (GOLDMAN) BLACK TRUST, a California trust; KB MANAGEMENT COMPANY, a California general partnership; K ASSOCIATES, a California general partnership; and A&R MANAGEMENT AND

DEVELOPMENT CO., a business entity, form unknown, ART HALE, an individual; ANSEN, INC., a suspended California Corporation; LOUIS SENTER, an individual.

Cross Defendants.

AMERICAN RACING EQUIPMENT, LLC a Delaware Limited Liability Company,

Counter-Claimant,

v.

KB GARDENA BUILDING, LLC, a California Limited Liability Corporation,

Counter Defendant

I, Todd M. Lander, declare that:

1. I am an attorney duly licensed to practice law in the state of California, and I am a partner with the law firm of Ezra, Brutzkus, Gubner, LLP ("EBG"), counsel of record in this matter for ART HALE, an individual. All the facts set forth below are known to me personally to be true, unless stated to be on information and belief, and if called upon to do so I could and would testify to them under oath.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts of the Deposition of Arthur Art Hale ("HALE"), taken August 11, 2009. I was present at this deposition and declare that Exhibit 1 hereto is in fact true and correct copies of excerpts of the identified deposition.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Option Agreement dated February 11, 1988, which was produced in this action by Defendants, Cross-Claimant, and Counter-Claimant American Racing Equipment, LLC ("ARE"), Bates numbered ARE 001 – ARE 0197, and which document is attached as Exhibit A to the Declaration of Noel Wise in support of ARE's Motion for Summary Judgment.

4. Attached hereto as Exhibit 3 is a true and correct copy of documents Bates numbered ARE 0293 and ARE 0294, entitled "Acceptance of Deposit" and "Schedule A," respectively, which documents were produced in this action by ARE.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Agreement of Purchase and Sale dated March 12, 1975, Bates numbered WHI 00002277 through WHI 0002321, which document was produced in this matter by Defendant WHITTAKER CORPORATION ("WHITTAKER").

/ / /

/ / /

6. Attached hereto as Exhibit 5 is a true and correct copy of the Guaranty dated March 12, 1975, Bates numbered WHI 00002504 through WHI 00002507, which document was produced in this matter by WHITTAKER.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated May 5, 2009, from Kimberly D. Lewis of Ervin Cohen & Jessup LLP to HALE, which letter was reviewed by me upon delivery of the letter by HALE to my office.

8. Attached hereto as exhibit 7 is a true and correct copy of a letter dated July 15, 2009, from Kimberly D. Lewis of Ervin Cohen & Jessup LLP to Robert L. Handler and me.

9. Attached hereto as Exhibit 8 is a true and correct copy of an email dated March 9, 2010, from me to Kimberly Lewis with a copy to Robert Handler, including the attached Notice and Acknowledgment of Receipt accepting service of process on behalf of HALE, in his capacity as former president of Ansen, Inc. only. My office did not accept service on behalf of Ansen, Inc.'s behalf, something I made clear in my email to Ms. Lewis.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter dated May 3, 2010, from David A. Giannotti to HALE and to Robert Handler of this office, which letter was subsequently also provided to me by Mr. Handler.

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter dated June 11, 2010, from Robert Handler to David Giannotti, which letter was also copied to me.

///

///

///

///

///

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October, 2010.

Todd M. Lander

*324589.doc / 2369.005*